IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION _____ This document relates to: JONETTA WILLIAMS, *by and through Conservator Irma Fakes* Plaintiff, vs. BAYER CORPORATION, AND BARRY LOY, *d/b/a The Natchez Market* Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case. No. 5:03-cv-00060-DCB-JMR [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court upon the parties' Stipulation of Dismissal with Prejudice. Based upon the parties' stipulation, which has been agreed to and signed by counsel for all parties to this action, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii):

IT IS HEREBY ORDERED THAT the above-entitled action is dismissed with prejudice as to all defendants, with each party to bear its own costs.

Dated this __29th__ day of __March__, 2006.

              __s/ David Bramlette__
              Honorable _____
              United States District Court Judge

cc: All Counsel of Record

Presented by:

Shannon Law Firm, PLLC

By: __/s/ James D. Shannon__
   James D. Shannon, MSB #6731
   Attorneys for Plaintiff

Watkins & Eager, PLLC

By __/s/ Rebecca Lee Wiggs__
  Rebecca Lee Wiggs, MSB #4610
  Attorney for Defendant Bayer Corporation

Dove & Chill

By: __/s/ Luke Dove__
   Luke Dove, MSB #6174
   Attorneys for Defendant
   Barry Loy d/b/a The Natchez Market